IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-02293-RM-NYW

CORY SEARS,

      Plaintiff,

v.

JEFFERSON COUNTY DETENTION CENTER,
JEFFERSON COUNTY COURTS, and
ARAMARK,

      Defendants.

## ORDER

This matter is before the Court on the December 4, 2020, Recommendation of United States Magistrate Judge Nina Y Wang (the "Recommendation") (ECF No. 28) to (1) dismiss this action without prejudice pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute and to comply with court orders and (2) to deny Defendant Jefferson County Detention Center's Motion to Dismiss (ECF No. 19) as moot. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 28, pages 4-5.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)[1]

---

[1] The Court recognizes that, as with other recent mailings, the Recommendation was returned to the court as undeliverable (ECF No. 30). But it was Plaintiff's obligation to provide notice of any change of mailing address, D.C.COLO.LCivR 5.1(c) & D.C.COLO.LAttyR 5(c), and he has failed to do so.

The Court concludes that Magistrate Judge Wang's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, accepted and adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1)   ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (ECF No. 28) in its entirety;

(2)   DENIES Defendant Jefferson County Detention Center's Motion to Dismiss (ECF No. 19) without prejudice as moot;

(3)   DISMISSES this action without prejudice in accordance with this Order and with the Court's Order of August 10, 2020 (ECF No. 8);

(4)   DIRECTS the Clerk to enter judgment in favor of Defendants and against Plaintiff; and

(5)   DIRECTS the Clerk to close this case.

DATED this 4th day of January, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge